AUGUST 8th, 2015

MR. JEFFREY D. KYLE
CLERK
THIRD COURT OF APPEALS
P.O. BOX 12547
AUSTIN, TX 78711

RE: NO. 03-13-0723CR
CHANGE OF ADDRESS

RECEIVED
AUG 1 2 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

DEAR MR. KYLE,

THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE HAS ONCE AGAIN MOVED ME.

IT APPEARS THERE IS A CONCERTED EFFORT TO KEEP ME SEQUESTED AS BEST THEY CAN. I HAVE OUTBOUND LEGAL MAIL THAT HAS TAKEN 29 DAYS TO GET TO ITS DESTINATION AND INBOUND MAIL UP TO 27 DAYS TO GET TO ME. I AM STILL DENIED PHONE ACCESS.

IF THERE HAS BEEN ANY CORRESPONDENCE SENT FROM YOUR OFFICE WITHIN THE LAST 30 DAYS, I RESPECTFULLY REQUEST YOU RE-SEND IT. I HAVE BEEN TOLD TDCJ WILL NOT FORWARD MAIL USPS. THEY USE "TRUCK MAIL" PUTTING FORWARDED MAIL ON PRISON BUSES. I WAS TOLD TO EXPECT 6 WEEKS TO GET MY MAIL. THIS INCLUDES

LEGAL MAIL.

PLEASE NOTE MY NEW, FOR THE MOMENT, ADDRESS:

CHARLES A. MALOUFF, JR
1978590
PACK UNIT TC 2-91
2400 WALLACE PACK RD
NAVASOTA, TX 77868

THANK YOU FOR YOUR ASSISTANCE AND CONSIDERATION.

RESPECTFULLY,

CHARLIE MALOUFF
1978590

2

Charlie Maloff 1978350
Pack Unit TC 2-91
2400 Wallace Pack Rd
Navasota, TX 77868

Legal Mail

NORTH HOUSTON TX 773
10 AUG 2015 PM 9 L



Mr. Jeffery D. Kyle
Clerk
Third Court of Appeals
Po Box 12547
Austin TX 78711

Legal Mail